**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES WRIGHT**                                                        **PLAINTIFF**

**v.**                                  **Case No: 4:21-cv-00623 JM**

**ESTELLA BLAND**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 12th day of October, 2022.

_____
James M. Moody Jr.
United States District Judge